PER CURIAM.
 

 We affirm based on the reasoning of the Fourth District in
 
 E.T. v. State, Department of Children & Families,
 
 930 So.2d 721 (Fla. 4th DCA 2006). We certify the
 
 *346
 
 following question to the supreme court as a question of great public importance.
 

 MAY A PARENT WHOSE PARENTAL RIGHTS HAVE BEEN TERMINATED CHALLENGE THE JUDGMENT OF TERMINATION BY PETITION FOR HABEAS CORPUS ON THE BASIS THAT THE PARENT WAS DENIED EFFECTIVE ASSISTANCE OF COUNSEL?
 

 AFFIRMED; QUESTION CERTIFIED.
 

 PALMER, C.J., ORFINGER and TORPY, JJ., concur.